IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE STATE OF ILLINOIS; ) <br> THE ILLINOIS STATE BOARD OF ) <br> ELECTIONS; and RUPERT ) <br> BORGSMILLER, Executive Director ) <br> of the Illinois State Board of Elections, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No. 13-cv-00189 <br> Judge: Norgle |

## JOINT MOTION REQUESTING EXPEDITED ENTRY OF CONSENT DECREE

Plaintiff United States of America and Defendants, through their undersigned counsel, respectfully request this Court to enter the accompanying Consent Decree. The Complaint in this action, alleging a violation of the Uniformed and Overseas Citizens Absentee Voting Act, 42 U.S.C. §§ 1973ff to 1973ff-7, as amended by the Military and Overseas Voter Empowerment Act, Pub. L. No. 111-84, Subtitle H, §§ 575-589, 123 Stat. 2190, 2318-2335 (2009), is being filed simultaneously with this motion.

The United States and Defendants have negotiated in good faith and have agreed to entry of the proposed Consent Decree as a necessary, appropriate, and adequate form of relief to provide UOCAVA voters a fair and reasonable opportunity to participate in the February 26, 2013 special primary election and April 9, 2013 special election to fill a vacated seat in the 2nd Congressional District, and to prevent future UOCAVA violations. Given the imminence of the upcoming special primary election, the January 15, 2013 deadline in the Consent Decree

associated with transmitting ballots to UOCAVA voters for the special primary election, and the notice provisions to UOCAVA voters, the Court's expedited consideration of this Joint Motion is requested.

WHEREFORE, the parties request that the accompanying Consent Decree be entered by this Court.

AGREED AND CONSENTED TO, January 10, 2013.

For the Plaintiff:

GARY S. SHAPIRO
United States Attorney
Northern District of Illinois

By: /s/ _____
PATRICK W. JOHNSON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5327
patrick.johnson2@usdoj.gov

THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division

/s/ _____
T. CHRISTIAN HERREN, JR.
TIMOTHY F. MELLETT
SPENCER R. FISHER
CATHERINE MEZA
DAVID G. COOPER
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone:   (202) 305-0132
Facsimile:   (202) 307-396

For the Defendants:

LISA MADIGAN
Attorney General of Illinois

/s/ _____
THOMAS A. IOPPOLO
Assistant Attorneys General
General Law Bureau
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
Telephone:   (312) 814-2822
Facsimile:   (312) 814-4425

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2013, I served a true and correct copy of the foregoing on the following counsel of record:

THOMAS A. IOPPOLO
General Law Bureau
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
Telephone: (312) 814-3313
Facsimile: (312) 814-4425

STEVE SANDVOSS
2329 S. MacArthur
Springfield, Illinois 62704
Telephone: (217) 782-4141
Facsimile: (217) 782-5959

Spencer R. Fisher