IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE STATE OF ILLINOIS; ) <br> THE ILLINOIS STATE BOARD OF ) <br> ELECTIONS; and RUPERT ) <br> BORGSMILLER, Executive Director ) <br> of the Illinois State Board of Elections, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | Case No. 13-cv-00189 <br> Judge: Norgle |

**JOINT MOTION REQUESTING ENTRY OF SUPPLEMENTAL CONSENT DECREE**

Plaintiff United States of America and Defendants, through their undersigned counsel, respectfully request this Court to enter the accompanying Supplemental Consent Decree. The Complaint in this action, alleging a violation of the Uniformed and Overseas Citizens Absentee Voting Act ("UOCAVA"), 42 U.S.C. §§ 1973ff to 1973ff-7, was filed on January 10, 2013.

On January 11, 2013, this Court entered a Consent Decree (ECF No. 9), finding violations of UOCAVA and ordering the State to take certain actions as an appropriate remedy of those violations of federal law. With regard to the Consent Decree's remedial provisions applicable to the 2013 special election for the State's 2nd Congressional District, Defendants provided the required reports to the United States Department of Justice. *See* Consent Decree, ECF No. 9, at 11-12, ¶¶ 9-11. The United States seeks no further relief with regard to that special election.

With regard to permanent relief, Defendants were required to take such actions as are necessary to assure that UOCAVA voters would have a fair and reasonable opportunity to participate in future special elections for Federal office. *Id*. at 12-13, ¶ 12. To that end, Defendants recognized the need to amend the Illinois Election Code to provide "additional time to schedule special election primary elections and special elections to fill vacancies in the Office of U.S. Representative in Congress taking into account the 45 day advance ballot transmittal requirements of UOCAVA." Although such legislation was introduced in the Illinois legislature in 2013, it did not receive a vote and the structural impediments to UOCAVA compliance arising from the State's special election calendar remain. Under the current Consent Decree, the Court retains jurisdiction over this action through October 31, 2013, and the parties may file motions until that date to enter such further relief as may be necessary.

The United States and Defendants have negotiated in good faith and have agreed to entry of the proposed Supplemental Consent Decree as a necessary, appropriate, and adequate form of further relief to assure that UOCAVA voters shall have a fair and reasonable opportunity to participate in future Federal elections. The Supplemental Consent Decree will allow the State Board of Elections to propose legislation to correct the structural impediments to UOCAVA compliance and to urge the legislature to enact it.

WHEREFORE, the parties request that the accompanying Supplemental Consent Decree be entered by this Court.

AGREED AND CONSENTED TO, October 29, 2013.

For the Plaintiff:

| | |
|---|---|
| ZACHARY T. FARDON<br>United States Attorney<br>Northern District of Illinois | JOCELYN SAMUELS<br>Acting Assistant Attorney General<br>Civil Rights Division |
| By: /s/ *Patrick W. Johnson*<br>PATRICK W. JOHNSON<br>Assistant United States Attorney<br>219 South Dearborn Street<br>Chicago, Illinois 60604<br>(312) 353-5327<br>patrick.johnson2@usdoj.gov | /s/ *Catherine Meza*<br>T. CHRISTIAN HERREN, JR.<br>TIMOTHY F. MELLETT<br>SPENCER R. FISHER<br>CATHERINE MEZA<br>DAVID G. COOPER<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530<br>Telephone:   (202) 305-0132<br>Facsimile:   (202) 307-396 |

For the Defendants:

LISA MADIGAN
Attorney General of Illinois

/s/ *Thomas A. Ioppolo*
THOMAS A. IOPPOLO
Assistant Attorneys General
General Law Bureau
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
Telephone:   (312) 814-2822
Facsimile:   (312) 814-4425

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on October 29, 2013, I served a true and correct copy of the foregoing on the following counsel of record:

THOMAS A. IOPPOLO
General Law Bureau
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
Telephone: (312) 814-3313
Facsimile: (312) 814-4425

STEVE SANDVOSS
2329 S. MacArthur
Springfield, Illinois 62704
Telephone: (217) 782-4141
Facsimile: (217) 782-5959

                /s/ *Spencer R. Fisher*
                Spencer R. Fisher